**Dismissed and Memorandum Opinion filed August 23, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00187-CV

## RICHARD JADOOSINGH, Appellant

## V.

## TARA NGL PIPELINE COMPANY, LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1102402**

## M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed March 2, 2018. On June 15, 2018, appellant tendered a brief that did not comply with the Texas Rules of Appellate Procedure. On June 28, 2018, this court struck appellant's brief and returned the brief to appellant for correction. *See* Tex. R. App. P. 9.4(i) (permitting court to return nonconforming documents for correction). The court's order required appellant to file a brief on or before July 9, 2018 or risk dismissal of the appeal for want of

prosecution. On July 12, 2018, appellant requested, and received, an extension of time to file the brief until July 31, 2018. No brief or other response was filed.

Accordingly, we order the appeal dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.